UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE TAYLOR, an individual, D.S., a minor by and through his guardian ad litem, ELAINE EVANS-ROSE, <br><br>　　Plaintiffs, <br><br>　v. <br><br>SOMERSET PARAMOUNT HOMEOWNERS ASSOCIATION, a business form unknown; AM-PM SECURITY, a California Corporation, and DOES 1 through 10, Inclusive, <br><br>　　Defendants | No. CV 16-2711-GW(AGRx) <br><br>**ORDER** |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as

to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: December 12, 2017

GEORGE H. WU, U.S. District Judge